

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Kaylen Dewayne Simmons v. The State of Texas

Appellate case number:   01-17-00684-CR and 01-17-00685-CR

Trial court case number: 11-CR-3445

Trial court:             212th District Court of Galveston County

       Appellant's motion to stay execution of mandate is denied. It is so ORDERED.

Judge's signature: */s/ Michael Massengale*

Date: December 20, 2018